# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 24-CR-00328 JMB-1 |
| Adelle Starin, Defendant. | Date: 8/28/2025 |
| | Court Reporter: Nancy Meyer |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 11:24 a.m. |
| | Time Concluded: 12:18 p.m. |
| | Time in Court: 52 minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: Daniel Bobier, Assistant United States Attorney
   For Defendant: Brett Kelley and Doug Kelley, Retained

☒ **Sentencing.**

IT IS ORDERED: Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 15 months | | 3 years | | |

☒ Special conditions of : **See J&C for special conditions**
☒ Defendant sentenced to pay:
       ☒ Restitution in the amount of $2,348.323.57.
       ☒ Special assessment in the amount of $100.00.

☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.

☒ ECF Nos. 33, 34, 36, 37, 38 shall remain sealed until August 28, 2055.

  glb
Courtroom Deputy
